Esther Fischer, appellee, v. Leonard E. Kluck, appellant. Gen. No. 39,654.

Opinion filed May 16, 1938. Rehearing denied May 31, 1938.

Beverly & Klaskin, for appellant; Samuel T. Klaskin, of counsel. Vetter & Jacobs, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Muriel Dupuis, appellee, v. Goldblatt Brothers, Inc. and Lustig Brothers Beauty Parlors, Inc., appellants. Gen. No. 39,919.

Opinion filed May 16, 1938.

Philip A. Weinstein, for appellants. Pattison & Vise, Philip Rosenthal and Thomas S. MacKinlay, for appellee; Thomas S. MacKinlay and Herbert J. Greenberg, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

In the Matter of Estate of Edith Rockefeller McCormick, deceased. Appeal of Maurice B. Rissman et al., appellants, v. Chicago Title and Trust Company, executor under last will and testament of Edith Rockefeller McCormick, deceased, and McCormick Memorial Institute for Infectious Diseases, appellees. Gen. No. 39,516.

Opinion filed May 16, 1938.

Wilhartz & Hirsch and Poppenhusen, Johnston, Thompson & Raymond, for appellants; Edward R. Johnston, Samuel E. Hirsch, Albert E. Jenner, Jr., Julian H. Levi, J. S. Greenberg, Eugene H. Nirdlinger and Samuel W. Block, of counsel. Sidley, McPherson, Austin & Burgess, for certain appellee; Edwin C. Austin, Douglas F. Smith, Merritt C. Bragdon and James W. Coultrap, of counsel. Tenney, Harding, Sherman & Rogers, for certain other appellee.

Mr. Justice McSurely delivered the opinion of the court.